UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV01949 AGF |
| ) | |
| ST. LOUIS CITY FIRE DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Ronald Smith's Motion To Set Aside Order/Judgment [#12]. On June 15, 2010, this Court dismissed the present action without prejudice due to Plaintiff's failure to file proof of service with the Court by June 4, 2010 [#10,11]. On July 1, 2010, Plaintiff filed the present motion stating that "mail of service papers for this cause were filed with the court and the papers were mailed in a timely manner and per court order." However, upon a review of the filings in this case, no proof of service was filed by Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Ronald Smith's Motion To Set Aside Order/Judgment [#12] is **DENIED**.

_____

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 9th day of August, 2010.